UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMES BURTON LEWIS,

Plaintiff,

v.

GUARDIAN FLIGHT, LLC, *et al.*,

Defendants.

Case No. 3:26-CV-00440-ART-CLB

**ORDER TO FILE DISCOVERY PLAN AND SCHEDULING ORDER**

Local Rule 26-1(a) provides that the Federal Rule of Civil Procedure 26(f) conference must "be held within 30 days after the first defendant answers or otherwise appears." Then, within 14 days of that conference, "the parties must submit a stipulated discovery plan and scheduling order." LR 26-1(a). Here, Defendants Guardian Flight, LLC, and Global Medical Response, Inc., (collectively referred to as "Defendants") filed a motion to dismiss — *i.e.*, otherwise appeared — on June 17, 2026. (ECF No. 5.) Thus, pursuant to Local Rule 26-1(a) the parties were required to submit their stipulated discovery plan no later than August 3, 2026. The parties failed to do so, however, and on August 6 the Court granted the parties a *sua sponte* extension to August 21. (ECF No. 10.) Despite the Court's explicit order, the parties again failed to comply.[1]

The Court understands the parties may be unfamiliar with practice in federal court and therefore unaware of Local Rule 26-1(a)'s requirement to file a stipulated discovery plan and scheduling order. However, ignoring an order from the Court is unacceptable. The Court will grant a final, *sua sponte* extension up to and including **Tuesday, September 8, 2026**, for the parties to file their proposed discovery plan and scheduling order. If the parties fail to comply, the Court will issue an order to show cause as to why

[1] To the extent the parties believe they are not required to file a discovery plan and scheduling order because there is a pending motion to dismiss, they are mistaken. As the Court previously noted, "[w]ell-settled law establishes that the pendency of a motion to dismiss does not act to automatically stay discovery." *PlayUp, Inc. v. Mitas*, 344 F.R.D. 429, 434 n. 7 (D. Nev. 2023).

sanctions should not be imposed, and the parties will be required to appear in person.

**IT IS SO ORDERED**.

**DATED**: August 25, 2026

UNITED STATES MAGISTRATE JUDGE