UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMES BURTON LEWIS,

Plaintiff,

v.

GUARDIAN FLIGHT, *et al.*,

Defendants.

Case No. 3:26-CV-00440-ART-CLB

**ORDER STRIKING CASE MANAGEMENT REPORT**

[ECF No. 12]

On August 6, 2026, the Court entered an order directing the parties to file their stipulated discovery plan and scheduling order ("DPSO") after they failed to do so in compliance with Local Rule 26-1(a). (ECF No. 10.) The parties failed to comply with the Court's order, however, and on August 26 the Court entered another order directing the parties to file their DPSO or face sanctions. (ECF No. 11.) The following day the parties submitted a joint case management report ("CMR") that, upon review, violates the Court's Local Rules. Local Rule IA 10-1 states, *inter alia*, that filings must be double spaced, include numbers for each line of text, and have consecutively numbered pages. The parties CMR falls well short of this requirement; the CMR uses different font colors, is single spaced, and fails to include any page or line numbers. (ECF No. 12.)

Accordingly, the Court **STRIKES** the parties CMR, (ECF No. 12), from the docket. *See* LR IA 10-1(d). The parties shall file an updated CMR that complies with the Court's Local Rules on or before **Thursday, September 3, 2026**. Failure to comply with this order will result in sanctions.[1]

**IT IS SO ORDERED**.

**DATED**: August 27, 2026

UNITED STATES MAGISTRATE JUDGE

[1] The parties are advised that any continued failures to follow the Court's orders or the Local Rules will result in the Court issuing an order to show cause as to why sanctions should not be imposed.